

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00600-CR

Delbert Anthony **HARDIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 482758
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's brief, due November 30, 2015, has not been filed. On December 3, 2015, we notified appellant's counsel of the deficiency. TEX. R. APP. P. 38.8(b)(2). We received no response.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?

    (a) If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

    (b) If the trial court finds that appellant is not indigent, the trial court should determine whether appellant has made the necessary arrangements for filing a brief.

(3) Has appointed counsel abandoned the appeal? Because initiating contempt proceedings against appellant's counsel may be necessary, the trial court should

address this issue even if new counsel is retained or substituted before the date of the hearing. *See* TEX. R. APP. P. 38.8 (b)(4).

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk **no later than thirty (30) days from the date of this order**. We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

Keith E. Hottle
Clerk of Court